**Dismiss and Opinion Filed April 12, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00291-CV

### IN RE CHRISTOPHER AND CHRISTINA PITTS, Relators

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-02155-A**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Nowell

Before the Court is relators' April 7, 2022 motion to dismiss this original proceeding. In the motion, relators inform the Court that the trial court effectively ordered the relief sought, making this petition for writ of mandamus moot. We grant relators' motion and dismiss this original proceeding.

/Erin A. Nowell//

220291f.p05                              ERIN A. NOWELL
                                         JUSTICE